UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KAREN ZUCHOWSKI,

               **Plaintiff,**
-against-

SFC GLOBAL SUPPLY CHAIN, INC.,                         20-cv-10171 (ALC)

               **Defendant.**                        **ORDER**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant requests a pre-motion conference in anticipation of filing a motion to dismiss Plaintiff's complaint. (ECF No. 15.) Plaintiff shall respond to Defendant's request by February 2, 2021.

**SO ORDERED.**

**Dated:** January 28, 2021

    New York, New York                         **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**