**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **KAREN ZUCHOWSKI,** | USDC SDNY |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| **Plaintiff,** | DOC#: _____ |
| -against- | DATE FILED: February 2, 2021 |
| **SFC GLOBAL SUPPLY CHAIN, INC.,** | **20-cv-10171 (ALC)** |
| **Defendant.** | **ORDER** |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Defendant requested a pre-motion conference in anticipation of filing a motion to dismiss Plaintiff's complaint. (ECF No. 15.) Plaintiff responded to Defendant's request on February 2, 2021. (ECF No. 20.) The Court denies Defendant's request for a pre-motion conference (ECF No. 15) and sets the following briefing schedule. Defendant shall serve its motion on Plaintiff's counsel by March 2, 2021. Plaintiff shall serve its opposition on Defendant's counsel by March 30, 2021. Defendant shall serve its reply, if any, on Plaintiff's counsel and file the fully bundled motion by April 6, 2021. The Parties are strongly urged to discuss settlement.

**SO ORDERED. Dated:**

February 2, 2021

    New York, New York                      **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**