**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Karen Zuchowski, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>SFC Global Supply Chain, Inc.,<br><br>Defendant. | Case No. 1:20-CV-10171 (ALC)<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT SFC GLOBAL SUPPLY CHAIN, INC.'S**
**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, Defendant SFC Global Supply Chain, Inc. moves, before the Honorable Andrew L. Carter, Jr., United States District Court Judge for the Southern District of New York, at the United States District Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 1306, for an order dismissing the Complaint of Karen Zuchowski (Dkt.001) pursuant to Rules 12(b)(6), 12(b)(1), and 12(b)(2) of the Federal Rules of Civil Procedure, on the grounds that the Complaint fails to state a claim upon which relief can be granted.

DATED: March 2, 2021          **ROBINS KAPLAN LLP**

By:     *s/Geoffrey H. Kozen*
          Geoffrey H. Kozen

          Stephen P. Safranski (*Pro Hac Vice*)
          Amira A. ElShareif (*Pro Hac Vice*)
          Rebecca Zadaka (*Pro Hac Vice*)

1

800 LaSalle Avenue Suite 2800
Minneapolis, MN 55402
Tel: 612-349-8500
Fax: 612-339-8141
ssafranski@robinskaplan.com
gkozen@robinskaplan.com
aelshareif@robinskaplan.com
rzadaka@robinskaplan.com

Meegan F. Hollywood
ROBINS KAPLAN LLP
399 Park Avenue
Suite 3600
New York, NY 10022
Tel:  212-980-7400
Fax:  212-980-7499
mhollywood@robinskaplan.com

*Attorneys for Defendant SFC Global Supply Chain, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I caused the foregoing to be served upon all counsel of record via email.

*s/Geoffrey H. Kozen*

91332200.1