**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

Karen Zuchowski, *individually and on behalf of all others similarly situated*,

     Plaintiff,

vs.

SFC Global Supply Chain, Inc.,

     Defendant.

</td><td>

Case No. 1:20-CV-10171 (ALC)

**ORAL ARGUMENT REQUESTED**

</td></tr>
</table>

**DEFENDANT SFC GLOBAL SUPPLY CHAIN, INC.'S**
**MOTION TO DISMISS**

Defendant SFC Global Supply Chain, Inc. respectfully moves this Court for an Order granting its Motion to Dismiss all claims against it with prejudice.

This motion is based on Defendant's Memorandum of Law in Support of Motion to Dismiss, the judicial decisions and public records therein, the pleadings, and the argument to be presented at the hearing of this matter.

DATED: March 2, 2021        **ROBINS KAPLAN LLP**

        By:     *s/Geoffrey H. Kozen*
             Geoffrey H. Kozen

             Stephen P. Safranski (*Pro Hac Vice*)
             Amira A. ElShareif (*Pro Hac Vice*)
             Rebecca Zadaka (*Pro Hac Vice*)

1

800 LaSalle Avenue Suite 2800
Minneapolis, MN 55402
Tel: 612-349-8500
Fax: 612-339-8141
ssafranski@robinskaplan.com
gkozen@robinskaplan.com
aelshareif@robinskaplan.com
rzadaka@robinskaplan.com

Meegan F. Hollywood
ROBINS KAPLAN LLP
399 Park Avenue
Suite 3600
New York, NY 10022
Tel:  212-980-7400
Fax:  212-980-7499
mhollywood@robinskaplan.com

*Attorneys for Defendant SFC Global Supply Chain, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I caused the foregoing to be served upon all counsel of record via email.

*s/Geoffrey H. Kozen*

91332207.1