## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAREN ZUCHOWSKI, *individually and on behalf of all others similarly situated*

                      Plaintiff,

-against-　　　　　　　　　　　　　　　　20 **CIVIL** 10171 (ALC)

## **JUDGMENT**

SFC GLOBAL SUPPLY CHAIN, INC.,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 22, 2022, Defendant's motion to dismiss the Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      August 22, 2022

                                    **RUBY J. KRAJICK**

                                      **Clerk of Court**
              **BY:**　　*J. Saviñon*

                                      **Deputy Clerk**